FILED

MAY 12 2004

LARRY W. PROPES, CLERK
CHARLESTON, SC

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

MEDICAL UNIVERSITY OF SOUTH )
CAROLINA MEDICAL CENTER, ) CIVIL ACTION NO. 2:04-0951-18
)
Plaintiff, )
)
-versus- )      **NOTICE OF DISMISSAL**
)      **WITHOUT PREJUDICE**
BLUESTONE INDUSTRIES, INC. and )
BLUESTONE INDUSTRIES EMPLOYEE )
WELFARE BENEFIT PLAN, )
)
Defendants. )
_____ )

YOU WILL PLEASE TAKE NOTICE that the Plaintiff, Medical University of South

Carolina Medical Center, does hereby dismiss this action, without prejudice, against the above

named Defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

_____
Linda C. Garrett (ID#6493)
LADDAGA - GARRETT, P.A.
Trident Research Center
5300 International Blvd., Suite B-203
North Charleston, SC 29418
Phone: (843) 207-5040
Fax: (843)207-5045
E-Mail: garrett@sehealthlaw.com

North Charleston, South Carolina.
DATED: May 10 , 2004.        ATTORNEY FOR PLAINTIFF

